## DORLAND v. BERNAL.

### No. 7204; August 28, 1885.

#### 7 Pac. 792.

**Remittitur—Motion to Recall to Correct Errors.**—A motion to recall a remittitur to enable an examination and correction of errors of the court below, since the remittitur went down, is not a proper way to reach such errors, and the motion will be denied.

Motion to correct remittitur to the Superior Court, City and County of San Francisco.

Moses G. Cobb for appellant; Charles H. Parker for respondent.

By the COURT.—This is a motion to recall a remittitur, to the end that the proceedings of the court below, had since the remittitur went down, may be examined and certain alleged errors corrected. If any errors have been committed, the way now proposed by the mover is not the proper way for reaching them. Motion denied.